**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| **v.** | : |
| | : Case No.  24-cr-545 (JMC) |
| | : |
| **NIKHIL PAREKH,** | : |
| | : |
| | : |
| **Defendant.** | : |

## <u>ORDER</u>

The government has compiled a list of names and contact information for four victim organizations with a specific loss amount for each victim and a total loss for those identified victims of $6,470.50.  A copy of that list is attached to this Order as an exhibit which shall remain under seal with the Court.  Accordingly, it is hereby

ORDERED that the defendant shall make restitution to the payees identified in the attached exhibit in a total amount of $6,470.50.

_____
THE HONORABLE JIA M. COBB
United States District Judge

Dated:  May 6, 2025

**United States v. Nikhil Parekh**
**Case No. 24-cr-545 (JMC)**
**Restitution Chart**

| Beneficiary | c/o address | Amount |
|---|---|---|
| Beneficiary 1 -- ▉▉▉▉ | ATTN: ▉▉▉ ▉▉▉▉▉ | $5,912.50 |
| Beneficiary 2-- ▉▉▉▉ | ▉ | $225.00 |
| Beneficiary 3 -- ▉▉▉ | ▉▉▉▉ | $88.00 |
| Beneficiary 4 -- ▉▉▉▉ | ▉▉▉▉ | $245.00 |

**Total:  $6,470.50**